UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>HOWREY LLP,<br><br>　　　　Debtor.<br><br>――――――――――――――――――<br><br>ALLAN B. DIAMOND, Chapter 11 Trustee for Howrey LLP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JONES DAY,<br><br>　　　　Defendant. | Case No: C-13-3910 SBA<br><br>**ORDER** |

　　The Court, having been transferred Defendant's Motion for Withdrawal of Reference, hereby sets the following schedule, pursuant to Bankruptcy Local Rule 5011-2(d):

　　1. Any party objecting to withdrawal of the reference shall file its opposition, in this Court, on or before September 18, 2013. The brief shall not exceed ten (10) pages.

　　2. Any party supporting withdrawal of reference shall file a reply brief, in this Court, on or before October 2, 2013. The brief shall not exceed then (10) pages.

　　3. No hearing on the motion will be held unless this Court issues an Order setting a date and time.

　　IT IS SO ORDERED.

Dated: 9/4/2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　United States District Judge