UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN B. DIAMOND,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PERKINS COIE LLP,<br><br>　　　　　Defendant. | Case No. 14-cv-02375-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Saundra Armstrong for consideration of whether the case is related to 13-cv-03910-SBA.

**IT IS SO ORDERED.**

Dated: June 4, 2014

_____
VINCE CHHABRIA
United States District Judge