United States District Court
Northern District of California

1

2

3

4                               UNITED STATES DISTRICT COURT

5                              NORTHERN DISTRICT OF CALIFORNIA

6

7    ALLAN B. DIAMOND,                        Case No.   14-cv-02256-VC
                    Plaintiff,
8
          v.                                  **REFERRAL FOR PURPOSE OF**
9                                             **DETERMINING RELATIONSHIP**
     REED SMITH LLP,
10
                    Defendant.
11

12

13        Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the

14   Honorable Saundra Armstrong for consideration of whether the case is related to 13-cv-03910-

15   SBA.

16

17        **IT IS SO ORDERED.**

18   Dated: June 4, 2014

19                                            _____

20                                            VINCE CHHABRIA
                                              United States District Judge
21

22

23

24

25

26

27

28